JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| WILLIE WEAVER, | ) Case No. CV 06-4996-RSWL (MLG) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| M. CRITCHFIELD, et al., | ) |
| Defendant. | ) |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: October 8, 2008

_____ / S /_____
Hon. Ronald S.W. Lew
Senior U. S. District Court Judge